**ROBERT S. SOLA,** Oregon State Bar ID Number 84454
rssola@msn.com
Robert S. Sola, P.C.
8835 S.W. Canyon Lane, Suite 130
Portland, Oregon 97225
Telephone (503) 295-6880
Facsimile (503) 291-9172
Attorney for Plaintiff Schmechel

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| DANIEL SCHMECHEL, | Case No. CV. 05-1250-BR |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. |
| EQUIFAX INFORMATION SERVICES LLC, a foreign corporation, and EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation, | |
| Defendants. | |

THIS MATTER, having come before the Court on STIPULATION OF DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. and pursuant to FRCP 41(a)(2);

NOW, THEREFORE, IT IS HEREBY ORDERED, that plaintiff's claims against Defendant Experian Information Solutions, Inc. are dismissed with prejudice and without costs or fees to either party.

DATED this 20th day of July 2006.

_____
Honorable Anna Brown

Page 1 – ORDER OF DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

CERTIFICATE OF SERVICE

    I hereby certify that I served the foregoing ORDER OF DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. on the following persons:

Angela Taylor
Jones Day
3 Park Plaza, Suite 1100
Irvine, CA 92614    Of Attorneys for Experian Information Solutions, Inc.

G. John Cento
Kilpatrick Stockton, LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530    Of Attorneys for Equifax Information Services LLC

 _X_ by **mailing** full, true and correct copies thereof in sealed, first-class postage prepaid envelopes, addressed to them at the address set forth above and deposited with the United States Postal Service on the date set forth below.

 _X_ by **electronically mailing** full, true and correct copies to the attorney(s) set forth above on the date set forth below.

 ___ by causing full, true and correct copies thereof to be **hand-delivered** to them at the address set forth above on the date set forth below.

 ___ by **facsimile** transmission of full, true and correct copies on the date set forth below.

Rose M. Hartwig
Stoel Rives LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204    Of Attorneys for Experian Information Solutions, Inc.

Jeffrey M. Edelson
Markowitz, Herbold, Glade & Mehlhaf, P.C.
Suite 3000 Pacwest Center
1211 SW Fifth Avenue
Portland, OR 97204    Of Attorneys for Equifax Information Services LLC

by the following indicated method:

 ___ by **mailing** full, true and correct copies thereof in sealed, first-class postage prepaid envelopes, addressed to them at the address set forth above and deposited with the United States Postal Service on the date set forth below.

Page 1 – CERTIFICATE OF SERVICE

_X_   by **electronically mailing** full, true and correct copies to the attorney(s) set forth above on the date set forth below.

___   by causing full, true and correct copies thereof to be **hand-delivered** to them at the address set forth above on the date set forth below.

___   by **facsimile** transmission of full, true and correct copies on the date set forth below.

Dated this 19th day of July, 2006.

                                                     _/s/ Robert Sola_
Robert S. Sola, OSB # 84454
(503) 295-6880
(503) 291-9172 (Facsimile)
rssola@msn.com
Attorney for Plaintiff

Page 2 -- CERTIFICATE OF SERVICE